**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

In re:   Mellisa A. Gylland                                      Chapter 13

               Debtor(s)                                  Case No. 14-12981-BFK

**Answer to Trustee's Motion to Dismiss**

Now debtor, Mellisa A. Gylland, by counsel, says:

1. Debtor fully disclosed her administrative leave status on the petition.

2. The details are private to both the debtor and her employer, and add very little to the Trustee's ability to administer the case.

3. The Trustee has not alleged what he would do with the information or any qualification he or his office would have in evaluating it.

Date: October 15, 2014            /s/ Robert R. Weed
                                         Robert Ross Weed, VSB #24646
                                         Law Office of Robert Ross Weed
                                         45575 Shepard Drive, Suite #201
                                         Sterling, VA  20164
                                         Counsel for Debtor

**CERTIFICATE OF SERVICE**

     I, Robert R. Weed, hereby certify that on October 15, 2014, a copy of the foregoing Answer was served electronically on:

Thomas P. Gorman


/s/ Robert R. Weed
Robert R. Weed