'UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

MELLISA A GYLLAND                                    Chapter 13
SSN:   ###-##-6213

　　　　Debtor                                       Case No. 14-12981-BFK

## ORDER OF DISMISSAL

This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ -0.00- to the Clerk of Court within ten (10) days of the date of this order; and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C.  330(a)(1)(B), and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Dated: Nov 3 2014                       /s/ Brian F. Kenney

                                        Brian F. Kenney
                                        U. S. Bankruptcy Judge

                                        Entered on Docket: November 3, 2014
I Ask For This.                         Seen and Objected To:


_/s/ Thomas P. Gorman_____        _/s/ Robert R. Weed_____
Thomas P. Gorman                        Robert R. Weed, Esq.
Chapter 13 Trustee                      Counsel for Debtor
300 North Washington Street, Ste. 400   45575 Shepard Drive, #201
Alexandria, VA 22314                    Sterling, VA 20164
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order of Dismissal, page 3
Mellisa A Gylland
Case #14-12981-BFK

**PARTIES TO RECEIVE COPIES**

Mellisa A Gylland
Chapter 13 Debtor
15 Butternut Way
Sterling, VA 20164

Robert Weed, Esq.
Attorney for Debtor
45575 Shepard Drive, #201
Sterling, VA 20164

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314