**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

MELLISA A GYLLAND                                   Chapter 13
SSN:   ###-##-6213

                Debtor              Case No. 14-12981-BFK

## ORDER OF DISMISSAL

      This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

      ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

      ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ -0.00- to the Clerk of Court within ten (10) days of the date of this order; and it is further

      ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C.  330(a)(1)(B), and it is further

      ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

      If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Dated: Nov 3 2014

/s/ Brian F. Kenney
Brian F. Kenney
U. S. Bankruptcy Judge

Entered on Docket: November 3, 2014

I Ask For This.                                   Seen and Objected To:

_/s/ Thomas P. Gorman_____         _/s/ Robert R. Weed_____
Thomas P. Gorman                                  Robert R. Weed, Esq.
Chapter 13 Trustee                                Counsel for Debtor
300 North Washington Street, Ste. 400             45575 Shepard Drive, #201
Alexandria, VA 22314                              Sterling, VA 20164
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order of Dismissal, page 3
Mellisa A Gylland
Case #14-12981-BFK

**PARTIES TO RECEIVE COPIES**

Mellisa A Gylland
Chapter 13 Debtor
15 Butternut Way
Sterling, VA 20164

Robert Weed, Esq.
Attorney for Debtor
45575 Shepard Drive, #201
Sterling, VA 20164

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 14-12981-BFK
Mellisa A Gylland                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd           Page 1 of 1              Date Rcvd: Nov 03, 2014
                              Form ID: pdforder         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2014.
db             +Mellisa A Gylland,    15 Butternut Way,    Sterling, VA 20164-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
              Belkys   Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Robert R. Weed    on behalf of Debtor Mellisa A Gylland robertweedlaw@yahoo.com,
               atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
              Susan C. Meyer    on behalf of Creditor    WELLS FARGO BANK, N.A. vabecf@logs.com
              Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com
                                                                                             TOTAL: 4