# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  MELLISA A GYLLAND                                                                                  Case No.:  14-12981-BFK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas P. Gorman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  08/08/2014.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  11/03/2014.
6) Number of months from filing or conversion to last payment:  2.
7) Number of months case was pending:  4.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $504.00 |
| Less amount refunded to debtor: | $476.78 |
| **NET RECEIPTS:** | $27.22 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $27.22 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $27.22 |

Attorney fees paid and disclosed by debtor:     $1,800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

In re:  MELLISA A GYLLAND                                                                 Case No.:  14-12981-BFK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

| Creditor | Class | Amount | | | | |
|---|---|---:|---:|---:|---:|---:|
| AAA COMMERCIAL INC | Unsecured | 175.18 | NA | NA | .00 | .00 |
| AMCA | Unsecured | 385.27 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 630.84 | 1,010.60 | 1,010.60 | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 1,130.14 | 939.46 | 939.46 | .00 | .00 |
| AMERICAN STUDENT ASSIST. GUARAN | Unsecured | 144,323.00 | NA | NA | .00 | .00 |
| B SIAN | Unsecured | 400.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 1,291.00 | 1,291.77 | 1,291.77 | .00 | .00 |
| FOREST RIDGE HOA | Secured | 321.00 | NA | NA | .00 | .00 |
| HARACE DUGGAN | Unsecured | 500.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1,600.00 | 1,231.64 | 1,231.64 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 313.56 | 313.56 | .00 | .00 |
| JASON GYLLAND | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| JULET TAYLOR | Unsecured | 500.00 | NA | NA | .00 | .00 |
| KAMAL ALI | Unsecured | 2,500.00 | NA | NA | .00 | .00 |
| MAXLEND | Unsecured | NA | NA | NA | .00 | .00 |
| MELLISA GYLLAND | Unsecured | 22,000.00 | NA | NA | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 12,105.00 | 13,116.57 | 13,116.57 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 2,885.00 | 3,163.78 | 3,163.78 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 5,287.00 | 6,041.93 | 6,041.93 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 12,105.40 | 12,105.40 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 5,753.88 | 5,753.88 | .00 | .00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 252.57 | NA | NA | .00 | .00 |
| RESTON HOSPITAL CENTER | Unsecured | 98.84 | 98.84 | 98.84 | .00 | .00 |
| RESTON HOSPITAL CENTER | Unsecured | 811.67 | NA | NA | .00 | .00 |
| RESTON HOSPITAL CENTER | Unsecured | 1,321.68 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER USA INC | Secured | NA | 12,173.03 | .00 | .00 | .00 |
| TEPEYAC FAMILY CENTER, LLC | Unsecured | 487.50 | NA | NA | .00 | .00 |
| TREASURER, COUNTY OF LOUDOUN | Priority | 159.00 | 340.50 | 340.50 | .00 | .00 |
| VIRGINIA DEPT. OF TAXATION | Priority | 581.00 | 436.33 | 436.33 | .00 | .00 |
| VIRGINIA DEPT. OF TAXATION | Unsecured | NA | 150.60 | 150.60 | .00 | .00 |
| WELLS FARGO BANK NA | Secured | 7,000.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

In re: MELLISA A GYLLAND                                                    Case No.: 14-12981-BFK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, NA | Secured | NA | 18,945.44 | 18,945.44 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: MELLISA A GYLLAND   Case No.: 14-12981-BFK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILSON SHAREEF, PLLC | Unsecured | 10,000.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 18,945.44 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 18,945.44 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 2,008.47 | .00 | .00 |
| **TOTAL PRIORITY:** | 2,008.47 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 43,986.39 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $27.22 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $27.22 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/16/2014   By: /s/Thomas P. Gorman
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.